```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                    )
CHARLES PONA,                       )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 16-612 S
                                    )
ASSISTANT DIRECTOR JAMES WEEDEN,    )
et al.,                             )
                                    )
        Defendants.                 )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on June 29, 2017 (ECF No. 20) recommending that the Court grant Defendants' Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted and lack of subject matter jurisdiction (ECF No. 12), but provide Plaintiff with an opportunity to file an amended complaint. Neither party has filed an objection to the R&R. After carefully reviewing the Complaint, Defendants' Motion to Dismiss, and the R&R, this Court ACCEPTS the R&R in its entirety and adopts the reasoning set forth therein. Defendants' Motion to Dismiss is GRANTED, but Plaintiff has 30 days to file an amended complaint that cures the deficiencies identified by the Magistrate Judge in the R&R. If Plaintiff

does not file an amended complaint within 30 days from the date of this order, then the case will be dismissed with prejudice.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date: August 1, 2017